584 A.2d 213

STATE OF NEW JERSEY v. SAMUEL EUGENE PETTAWAY.

May 7, 1990.

Petition for certification denied.

584 A.2d 213

EVAN SPALT AND JAMES JENKS v. NEW JERSEY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION.

May 15, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 206, 567 *A.*2d 264)

584 A.2d 213

STATE OF NEW JERSEY v. WILLIAM RODENBAUGH.

May 15, 1990.

Petition for certification denied.

584 A.2d 213

STATE OF NEW JERSEY v. ANTONIO VEGA.

May 15, 1990.

Petition for certification denied.